UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PML NORTH AMERICA, LLC

        Plaintiff,        Case Number: 05-CV-70404-DT
vs.        Honorable: Robert H. Cleland

HARTFORD UNDERWRITERS INS. COMPANY

        Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiff PML North America, LLC respectfully withdraws Plaintiff's Motion for Issuance of Temporary Restraining Order and Preliminary Injunction, without prejudice.

Respectfully submitted,
**BUTZEL LONG**

By:  /s/_____
    **James J. Giszczak (P46917)**
    **Michael G. Latiff (P51263)**
150 West Jefferson, Ste. 100
Detroit, MI 48226-4450
313/983-7475
**Attorneys for Plaintiff**

Dated: February 25, 2005