# EXHIBIT A

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Katherine Donohue Goudie
313 225 7027
goudie@butzel.com

Suite 100    150 West Jefferson
Detroit, Michigan 48226
t: 313 225 7000  f: 313 225 7080
**butzel.com**

October 20, 2005

***VIA FACSIMILE and U.S. MAIL***

Keith Bishop, Esq.
Madison Center, Suite 105
1802 Martin Luther king, Jr. Parkway
Durham, North Carolina  27707

John Edward Gilchrist
3325 Chapel Hill Blvd., Suite 145
Durham, NC  27707

Thomas J. Murray, Esq.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304-5086

**Re:**   ***PML North America, LLC v. Hartford Underwriters Ins. Co., et al.***
        **E.D. Mich. Case No. 05CV70404**

Dear Counsel:

I have enclosed the Stipulation to Preserve Evidence and the proposed Preservation Order for the above-captioned matter.  If it meets with your approval, please sign the Stipulation and fax it back to me at (313) 225-7080.  If the Stipulation does not meet with your approval, please contact me so we can discuss any proposed revisions. Moreover, if we do not hear from you by the end of the day tomorrow, October 21, 2005, we will file a motion to have the Preservation Order entered by the Court on Monday, October 24, 2005.

Thank you for your assistance to this matter, and please do not hesitate to call should you have any questions, concerns, or comments.

Very truly yours,

Katherine Donohue Goudie

KDG/rmw
Enclosures

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

        Plaintiff,

Case No. 05-CV-70404-DT

v.

Hon. Robert H. Cleland

HARTFORD UNDERWRITERS
INSURANCE COMPANY, ACG
ENTERPRISES OF NC, INC. and
RTP INSURANCE OF DURHAM, NC,

        Defendants.

---

BUTZEL LONG
James J. Giszczak (P46917)
Michael G. Latiff (P51263)
Katherine Donohue Goudie (P62806)
150 West Jefferson, Suite 100
Detroit, MI 48226-4450
(313) 225-7000
Attorneys for Plaintiff

DYKEMA GOSSETT PLLC
Thomas J. Murray (P56331)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304-5086
(248) 203-0806
Attorney for Defendant Hartford
Underwriters Insurance Company

Keith Bishop, Esq. (N.C. Bar No. 18918)
Madison Center, Suite 105
1802 Martin Luther king, Jr. Parkway
Durham, North Carolina 27707
(919) 490-1855
Attorney for Defendant ACG Enterprises of
NC, Inc.

John Edward Gilchrist, pro se
3325 Chapel Hill Blvd., Suite 145
Durham, NC 27707
(919) 401-6556
Defendant RTP Insurance of Durham, NC

---

## STIPULATION TO PRESERVE EVIDENCE

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

Plaintiff PML North America, LLC and Defendants Hartford Underwriters Insurance

Company, ACG Enterprises of NC, Inc., and RTP Insurance of Durham, through their

undersigned counsel, stipulate and agree to the following:

(1)     Defendants, including any of their present and former agents, employees,
        representatives, and custodians of record, will not destroy, conceal, or alter any
        evidence which relates to the claims made in this case, including, but not
        limited to, hard copies, electronic files, word processing documents,
        spreadsheets, databases, calendars, telephone logs, contact information,
        Internet usage files, offline storage or information stored on removable media,
        information contained on laptops or other portable devices, network access
        information, phone logs, fax logs, electronic mail, fax cover sheets, and other
        electronic storage media.

(2)     Defendants will preserve all existing electronic copies of a document even if
        Defendants also have in their possession or have already produced to Plaintiff
        a paper copy of the document.

(3)     Defendants will preserve all equipment where electronic data may reside
        including, but not limited to, office and home computers, office and home fax
        machines, palm pilots, laptops, and cellular phones.


BUTZEL LONG                                         Keith Bishop, Esq. (N.C. Bar No. 18918)
Michael G. Latiff (P51263)                          Attorney for Defendant ACG Enterprises of
Maureen T. Taylor (P63547)                          NC, Inc.
Katherine Donohue Goudie (P62806)
Attorneys for Plaintiff


DYKEMA GOSSETT PLLC                                 John Edward Gilchrist, pro se
Thomas J. Murray (P56331)                            Defendant RTP Insurance of Durham, NC
Attorney for Defendant Hartford
Underwriters Insurance Company


Dated: _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

Plaintiff,

Case No. 05-CV-70404-DT

v.

Hon. Robert H. Cleland

HARTFORD UNDERWRITERS
INSURANCE COMPANY, ACG
ENTERPRISES OF NC, INC. and
RTP INSURANCE OF DURHAM, NC,

Defendants.

---

BUTZEL LONG
James J. Giszczak (P46917)
Michael G. Latiff (P51263)
Katherine Donohue Goudie (P62806)
150 West Jefferson, Suite 100
Detroit, MI  48226-4450
(313) 225-7000
Attorneys for Plaintiff

Keith Bishop, Esq. (N.C. Bar No. 18918)
Madison Center, Suite 105
1802 Martin Luther king, Jr. Parkway
Durham, North Carolina  27707
(919) 490-1855
Attorney for Defendant ACG Enterprises of
NC, Inc.

DYKEMA GOSSETT PLLC
Thomas J. Murray (P56331)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304-5086
(248) 203-0806
Attorney for Defendant Hartford
Underwriters Insurance Company

John Edward Gilchrist, pro se
3325 Chapel Hill Blvd., Suite 145
Durham, NC  27707
(919) 401-6556
Defendant RTP Insurance of Durham, NC

---

**PRESERVATION ORDER**

At a session of said Court held in the United States District Court, Eastern District of Michigan, in the City of Flint, Michigan on _____.

PRESENT:    **HONORABLE ROBERT H. CLELAND**
United States District Court Judge

The Court having reviewed the stipulation of the parties, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that Defendants Hartford Underwriters Insurance Company, ACG Enterprises of NC, Inc., and RTP Insurance of Durham, NC, including any of their present and former agents, employees, representatives, and custodians of record, not destroy, conceal, or alter any evidence which relates to the claims made in this case, including, but not limited to, hard copies, electronic files, word processing documents, spreadsheets, databases, calendars, telephone logs, contact information, Internet usage files, offline storage or information stored on removable media, information contained on laptops or other portable devices, network access information, phone logs, fax logs, electronic mail, fax cover sheets, and other electronic storage media.

IT IS FURTHER ORDERED that Defendants preserve all existing electronic copies of a document even if Defendants also have in their possession or have already produced to Plaintiff a paper copy of the document.

IT IS FURTHER ORDERED that Defendants preserve all equipment where electronic data may reside including, but not limited to, office and home computers, office and home fax machines, palm pilots, laptops, and cellular phones.

2

IT IS SO ORDERED.


Dated: _____          _____
                                         United States District Court Judge

```
** TX STATUS REPORT **              AS OF   OCT 21 2005 09:26   PAGE.01

                                              BUTZEL LONG


       DATE  TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
   32  10/21 09:24     1-919-882-9179 EC--S  01'58"   007   004   OK
```



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax:  (313) 225-7080

# Fax Cover Sheet

Please deliver the following pages to:

Name:    James Edward Gilchrist

Firm:    RTP Insurance Company

City & State:    Durham, NC

Fax Number:    919-882-9179

File Reference:    132989-1

From:

Name:    Katherine Donohue Goudie

Date:    October 21, 2005    Time:    9:21 AM

☒  Please Confirm Transmission

Contact Phone No    313-983-6962

Message:

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

Number of Pages (including this cover page)    7

If you do not receive all of the pages, please call back as soon as possible

Office Services:  (313) 983-7414

```
** TX STATUS REPORT **              AS OF   OCT 20 2005 15:56   PAGE.01

                                          BUTZEL LONG


      DATE  TIME      TO/FROM       MODE  MIN/SEC  PGS  JOB#  STATUS
   24 10/20 15:54    313 967 9323 EC--S  01'42"   007   243   OK
```



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

Please deliver the following pages to:

Name:   Mark Haywood, Esq.

Firm:

City & State:   Detroit, MI

Fax Number:   967-9323

File Reference:   000132989-1

From:

Name:   Katherine Donohue Goudie

Date:   October 20, 2005   Time:   3:39 PM

☒   Please Confirm Transmission

Contact Phone No   983-6962

Message:

_____

_____

_____

_____

_____

_____

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

**Number of Pages** (including this cover page)  7

If you do not receive all of the pages, please call back as soon as possible

**Office Services:  (313) 983-7414**

```
** TX STATUS REPORT **                      AS OF  OCT 20 2005 13:37  PAGE.01
                                                    BUTZEL LONG

      DATE  TIME      TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
   20 10/20 13:35 Dykema Gossett     EC--S  02'17"    007   234   OK
```



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

Please deliver the following pages to:

Name:   Thomas J. Murray, Esq.

Firm:   Dykema Gossett LLC

City & State:   Bloomfield Hills, MI

Fax Number:   248-203-0763

File Reference:   132989-1

From:

Name:   Katherine Donohue Goudie

Date:   October 20, 2005   Time:  1:29 PM

☒ Please Confirm Transmission

Contact Phone No   313-225-7000

Message:

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

Number of Pages (including this cover page) 7

If you do not receive all of the pages, please call back as soon as possible

Office Services: (313) 983-7414

```
** TX STATUS REPORT **          AS OF   OCT 20 2005 13:41   PAGE.01

                                        BUTZEL LONG


     DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS  JOB#  STATUS
 21  10/20 13:39     919 490 1857 EC--S  01'46"    007  236   OK
```



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

Please deliver the following pages to:

Name: _____Keith Bishop, Esq._____

Firm: _____

City & State: _____Durham, NC_____

Fax Number: _____919-490-1857_____

File Reference: _____132989-1_____

From:

Name: _____Katherine Donohue Goudie_____

Date: _____October 20, 2005_____ Time: 1:30 PM

☒ Please Confirm Transmission

Contact Phone No _____313-983-6962_____

Message:

_____
_____
_____
_____
_____
_____

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

**Number of Pages** (including this cover page) ___7___

If you do not receive all of the pages, please call back as soon as possible

**Office Services:** (313) 983-7414

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Katherine Donohue Goudie
**313 225 7027**
goudie@butzel.com

Suite 100    150 West Jefferson
Detroit, Michigan 48226
t: 313 225 7000  f: 313 225 7080
**butzel.com**

October 20, 2005

**VIA FACSIMILE and U.S. MAIL**

Keith Bishop, Esq.
Madison Center, Suite 105
1802 Martin Luther king, Jr. Parkway
Durham, North Carolina  27707

John Edward Gilchrist
3325 Chapel Hill Blvd., Suite 145
Durham, NC  27707

Thomas J. Murray, Esq.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304-5086

Mark A. Haywood, Esq.
Mark A. Haywood & Associates, PLC
1274 Library St Ste 303
Detroit, MI  48226

Re:   *PML North America, LLC v. Hartford Underwriters Ins. Co., et al.*
      **E.D. Mich. Case No. 05CV70404**

Dear Counsel:

Per my conversation with Mr. Bishop, please find attached a revised Stipulation and proposed Preservation Order which adds the Plaintiff and an additional paragraph at the end.  Please sign this version and fax back to me if it meets with your approval. Thank you for your assistance to this matter, and please do not hesitate to call should you have any questions, concerns, or comments.

Very truly yours,

Katherine Donohue Goudie

KDG/rmw
Enclosures

Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Naples  *Alliance Offices*  Beijing  Shanghai  *Member Lex Mundi*

000132989/0001/792541-1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

        Plaintiff,

                                      Case No. 05-CV-70404-DT

v.

                                        Hon. Robert H. Cleland

HARTFORD UNDERWRITERS
INSURANCE COMPANY, ACG
ENTERPRISES OF NC, INC. and
RTP INSURANCE OF DURHAM, NC,

        Defendants.

| | |
|---|---|
| BUTZEL LONG<br>James J. Giszczak (P46917)<br>Michael G. Latiff (P51263)<br>Katherine Donohue Goudie (P62806)<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226-4450<br>(313) 225-7000<br>Attorneys for Plaintiff | DYKEMA GOSSETT PLLC<br>Thomas J. Murray (P56331)<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304-5086<br>(248) 203-0806<br>Attorney for Defendant Hartford<br>Underwriters Insurance Company |
| Keith Bishop, Esq. (N.C. Bar No. 18918)<br>Madison Center, Suite 105<br>1802 Martin Luther king, Jr. Parkway<br>Durham, North Carolina 27707<br>(919) 490-1855<br>Attorney for Defendant ACG Enterprises of<br>NC, Inc. | John Edward Gilchrist, pro se<br>3325 Chapel Hill Blvd., Suite 145<br>Durham, NC 27707<br>(919) 401-6556<br>Defendant RTP Insurance of Durham, NC |
| Mark A. Haywood, Esq. (P49366)<br>1274 Library St., Suite 303<br>Detroit, MI 48226<br>(313) 967-9322<br>Co-counsel for Defendant ACG Enterprises<br>of NC, Inc. | |

**STIPULATION TO PRESERVE EVIDENCE**

Plaintiff PML North America, LLC and Defendants Hartford Underwriters Insurance

Company, ACG Enterprises of NC, Inc., and RTP Insurance of Durham (collectively referred

to as "Defendants"), through their undersigned counsel, stipulate and agree to the following:

(1)     Plaintiff and Defendants, including any of their present and former agents, employees, representatives, and custodians of record, will not destroy, conceal, or alter any evidence which relates to the claims made in this case, including, but not limited to, hard copies, electronic files, word processing documents, spreadsheets, databases, calendars, telephone logs, contact information, Internet usage files, offline storage or information stored on removable media, information contained on laptops or other portable devices, network access information, phone logs, fax logs, electronic mail, fax cover sheets, and other electronic storage media.

(2)     Plaintiff and Defendants will preserve all existing electronic copies of a document even if Plaintiff and Defendants also have in their possession or have already produced a paper copy of the document.

(3)     Plaintiff and Defendants will preserve all equipment where electronic data may reside including, but not limited to, office and home computers, office and home fax machines, palm pilots, laptops, and cellular phones.

(4)     By stipulating to the entry of the Preservation Order, Plaintiff and Defendants do not waive their right to assert the attorney work product and attorney-client privileges, and any other applicable privilege under the law.

| | |
|---|---|
| BUTZEL LONG<br>Michael G. Latiff (P51263)<br>Maureen T. Taylor (P63547)<br>Katherine Donohue Goudie (P62806)<br>Attorneys for Plaintiff | Keith Bishop, Esq. (N.C. Bar No. 18918)<br>Attorney for Defendant ACG Enterprises of NC, Inc.<br><br>and<br><br>Mark A. Haywood, Esq. (P49366)<br>Co-Counsel for Defendant ACG Enterprises of NC, Inc. |

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

DYKEMA GOSSETT PLLC
Thomas J. Murray (P56331)
Attorney for Defendant Hartford
Underwriters Insurance Company

John Edward Gilchrist, pro se
Defendant RTP Insurance of Durham, NC

Dated: _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

        Plaintiff,

Case No. 05-CV-70404-DT

v.

Hon. Robert H. Cleland

HARTFORD UNDERWRITERS
INSURANCE COMPANY, ACG
ENTERPRISES OF NC, INC. and
RTP INSURANCE OF DURHAM, NC,

        Defendants.

---

| BUTZEL LONG | DYKEMA GOSSETT PLLC |
|---|---|
| James J. Giszczak (P46917) | Thomas J. Murray (P56331) |
| Michael G. Latiff (P51263) | 39577 Woodward Avenue, Suite 300 |
| Katherine Donohue Goudie (P62806) | Bloomfield Hills, MI 48304-5086 |
| 150 West Jefferson, Suite 100 | (248) 203-0806 |
| Detroit, MI 48226-4450 | Attorney for Defendant Hartford |
| (313) 225-7000 | Underwriters Insurance Company |
| Attorneys for Plaintiff | |
| | |
| Keith Bishop, Esq. (N.C. Bar No. 18918) | John Edward Gilchrist, pro se |
| Madison Center, Suite 105 | 3325 Chapel Hill Blvd., Suite 145 |
| 1802 Martin Luther king, Jr. Parkway | Durham, NC 27707 |
| Durham, North Carolina 27707 | (919) 401-6556 |
| (919) 490-1855 | Defendant RTP Insurance of Durham, NC |
| Attorney for Defendant ACG Enterprises of NC, Inc. | |
| | |
| Mark A. Haywood, Esq. (P49366) | |
| 1274 Library St., Suite 303 | |
| Detroit, MI 48226 | |
| (313) 967-9322 | |
| Co-counsel for Defendant ACG Enterprises of NC, Inc. | |

---

## PRESERVATION ORDER

At a session of said Court held in the United States District Court, Eastern District of Michigan, in the City of Detroit, Michigan on _____.

PRESENT:    **HONORABLE ROBERT H. CLELAND**
United States District Court Judge

The Court having reviewed the stipulation of the parties, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that Plaintiff PML North America, LLC and Defendants Hartford Underwriters Insurance Company, ACG Enterprises of NC, Inc., and RTP Insurance of Durham, NC (collectively referred to as "Defendants"), including any of their present and former agents, employees, representatives, and custodians of record, not destroy, conceal, or alter any evidence which relates to the claims made in this case, including, but not limited to, hard copies, electronic files, word processing documents, spreadsheets, databases, calendars, telephone logs, contact information, Internet usage files, offline storage or information stored on removable media, information contained on laptops or other portable devices, network access information, phone logs, fax logs, electronic mail, fax cover sheets, and other electronic storage media.

IT IS FURTHER ORDERED that Plaintiff and Defendants preserve all existing electronic copies of a document even if Plaintiff and Defendants also have in their possession or have already produced a paper copy of the document.

IT IS FURTHER ORDERED that Plaintiff and Defendants preserve all equipment where electronic data may reside including, but not limited to, office and home computers, office and home fax machines, palm pilots, laptops, and cellular phones.

2

IT IS FURTHER ORDERED that by stipulating to the entry of this Preservation Order, Plaintiff and Defendants do not waive their right to assert the attorney work product and attorney-client privileges, and any other applicable privilege under the law.

IT IS SO ORDERED.


Dated: _____        _____
                                        United States District Court Judge

3

```
** TX STATUS REPORT **          AS OF   OCT 21 2005 09:29   PAGE.01

                                        BUTZEL LONG


        DATE  TIME     TO/FROM         MODE  MIN/SEC  PGS   JOB#  STATUS
    01  10/21 09:27  919198829179-1430 EC--S 02'18"   008   005   OK
```



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

Please deliver the following pages to:

Name:    James Edward Gilchrist

Firm:    RTP Insurance Company

City & State:    Durham, NC

Fax Number:    919-882-9179

File Reference:    132989-1

From:

Name:    Katherine Donohue Goudie

Date:    October 21, 2005    Time:   9:21 AM

☒   Please Confirm Transmission

Contact Phone No    313-983-6962

Message:

**This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.**

**Number of Pages** (including this cover page) _8_

If you do not receive all of the pages, please call back as soon as possible

**Office Services: (313) 983-7414**



Suite 100
150 West Jefferson
Detroit, MI  48226-4415
(313) 225-7000

Fax:  (313) 225-7080

# Fax Cover Sheet

Please deliver the following pages to:

| | |
|---|---|
| Name: | James Edward Gilchrist |
| Firm: | RTP Insurance Company |
| City & State: | Durham, NC |
| Fax Number: | 919-882-9179 |
| File Reference: | 132989-1 |

From:

| | |
|---|---|
| Name: | Katherine Donohue Goudie |
| Date: | October 21, 2005   Time: 9:21 AM |

☒  Please Confirm Transmission

Contact Phone No      313-983-6962

Message:

**This material is intended only for the individual or entity to which it is addressed.  It may contain privileged, confidential information which is exempt from disclosure under applicable laws.  If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material.  If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address.  On request, we will reimburse you for any cost of return.  Thank you.**

**Number of Pages** (including this cover page)   8

If you do not receive all of the pages, please call back as soon as possible

**Office Services:  (313) 983-7414**

```
** TX STATUS REPORT **              AS OF  OCT 20 2005 16:25  PAGE.01
                                          BUTZEL LONG


        DATE  TIME     TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
  26    10/20 16:23   313 967 9323 EC--S 01'51"   008  246   OK
```



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

Please deliver the following pages to:

Name:     Mark Haywood, Esq.

Firm:     _____

City & State:   Detroit, MI

Fax Number:    967-9323

File Reference:   000132989-1

From:

Name:    Katherine Donohue Goudie

Date:    October 20, 2005    Time:  3:39 PM

☒  Please Confirm Transmission

Contact Phone No    983-6962

Message: _____

_____

_____

_____

_____

_____

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

Number of Pages (including this cover page)  8

If you do not receive all of the pages, please call back as soon as possible

Office Services: (313) 983-7414



Suite 100
150 West Jefferson
Detroit, MI  48226-4415
(313) 225-7000

Fax:  (313) 225-7080

# Fax Cover Sheet

| | |
|---|---|
| Please deliver the following pages to: | From: |
| Name:   Mark Haywood, Esq. | Name:   Katherine Donohue Goudie |
| Firm: | Date:   October 20, 2005    Time:   3:39 PM |
| City & State:   Detroit, MI | |
| Fax Number:   967-9323 | ☒  Please Confirm Transmission |
| File Reference:   000132989-1 | Contact Phone No   983-6962 |

Message: _____

_____

_____

_____

_____

This material is intended only for the individual or entity to which it is addressed.  It may contain privileged, confidential information which is exempt from disclosure under applicable laws.  If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material.  If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address.  On request, we will reimburse you for any cost of return.  Thank you.

**Number of Pages** (including this cover page)  8

If you do not receive all of the pages, please call back as soon as possible

**Office Services:  (313) 983-7414**

** TX STATUS REPORT **                    AS OF   OCT 20 2005 16:22   PAGE.01

                                          BUTZEL LONG

      DATE  TIME    TO/FROM        MODE  MIN/SEC   PGS   JOB#  STATUS
   25 10/20 16:20 Dykema Gossett   EC—S  02'35"   008   245   OK



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

| Please deliver the following pages to: | From: |
|---|---|
| Name:  Thomas J. Murray, Esq. | Name:  Katherine Donohue Goudie |
| Firm:  Dykema Gossett LLC | Date:  October 20, 2005    Time:  1:29 PM |
| City & State:  Bloomfield Hills, MI | |
| Fax Number:  248-203-0763 | ☒  Please Confirm Transmission |
| File Reference:  132989-1 | Contact Phone No    313-225-7000 |

Message:

_____

_____

_____

_____

_____

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

**Number of Pages** (including this cover page) _____ 2

If you do not receive all of the pages, please call back as soon as possible

**Office Services: (313) 983-7414**



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| Please deliver the following pages to: | | From: | |
| Name: Thomas J. Murray, Esq. | | Name: Katherine Donohue Goudie | |
| Firm: Dykema Gossett LLC | | Date: October 20, 2005    Time: 1:29 PM | |
| City & State: Bloomfield Hills, MI | | | |
| Fax Number: 248-203-0763 | | ☒ Please Confirm Transmission | |
| File Reference: 132989-1 | | Contact Phone No    313-225-7000 | |

Message:

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

**Number of Pages** (including this cover page) _____8_____

If you do not receive all of the pages, please call back as soon as possible

**Office Services: (313) 983-7414**

```
** TX STATUS REPORT **              AS OF  OCT 20 2005 16:29  PAGE.01

                                                BUTZEL LONG


        DATE TIME        TO/FROM        MODE  MIN/SEC  PGS  JOB#  STATUS
   27   10/20 16:27   919194901857-1430 EC--S  01'56"  008  248   OK
```



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

| | |
|---|---|
| Please deliver the following pages to: | From: |
| Name: Keith Bishop, Esq. | Name: Katherine Donohue Goudie |
| Firm: | Date: October 20, 2005    Time: 1:30 PM |
| City & State: Durham, NC | |
| Fax Number: 919-490-1857 | ☒ Please Confirm Transmission |
| File Reference: 132989-1 | Contact Phone No    313-983-6962 |

Message:

_____

_____

_____

_____

_____

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

**Number of Pages** (including this cover page) 8

If you do not receive all of the pages, please call back as soon as possible

**Office Services:  (313) 983-7414**



Suite 100
150 West Jefferson
Detroit, MI 48226-4415
(313) 225-7000

Fax: (313) 225-7080

# Fax Cover Sheet

Please deliver the following pages to:

Name:    Keith Bishop, Esq.

Firm:

City & State:    Durham, NC

Fax Number:    919-490-1857

File Reference:    132989-1

From:

Name:    Katherine Donohue Goudie

Date:    October 20, 2005    Time:    1:30 PM

☒   Please Confirm Transmission

Contact Phone No    313-983-6962

Message:

_____

_____

_____

_____

_____

_____

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the intended recipient) or copying this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the above address. On request, we will reimburse you for any cost of return. Thank you.

**Number of Pages** (including this cover page) ⊠

If you do not receive all of the pages, please call back as soon as possible

**Office Services: (313) 983-7414**