# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

        Plaintiff,

        Case No. 05-CV-70404-DT

v.

        Hon. Robert H. Cleland

HARTFORD UNDERWRITERS
INSURANCE COMPANY, ACG
ENTERPRISES OF NC, INC. and
RTP INSURANCE OF DURHAM, NC,

        Defendants.

---

| BUTZEL LONG | DYKEMA GOSSETT PLLC |
|---|---|
| James J. Giszczak (P46917) | Thomas J. Murray (P56331) |
| Michael G. Latiff (P51263) | 39577 Woodward Avenue, Suite 300 |
| Katherine Donohue Goudie (P62806) | Bloomfield Hills, MI 48304-5086 |
| 150 West Jefferson, Suite 100 | (248) 203-0806 |
| Detroit, MI 48226-4450 | Attorney for Defendant Hartford |
| (313) 225-7000 | Underwriters Insurance Company |
| Attorneys for Plaintiff | |
| | |
| Keith Bishop, Esq. (N.C. Bar No. 18918) | John Edward Gilchrist, pro se |
| Madison Center, Suite 105 | 3325 Chapel Hill Blvd., Suite 145 |
| 1802 Martin Luther king, Jr. Parkway | Durham, NC 27707 |
| Durham, North Carolina 27707 | (919) 401-6556 |
| (919) 490-1855 | Defendant RTP Insurance of Durham, NC |
| Attorney for Defendant ACG Enterprises of NC, Inc. | |

Mark A. Haywood, Esq. (P49366)
1274 Library St., Suite 303
Detroit, MI 48226
(313) 967-9322
Co-counsel for Defendant ACG Enterprises
of NC, Inc.

---

**STIPULATION TO PRESERVE EVIDENCE**

OCT 21 2005 09:28 FR BUTZEL LONG            313 TO 919198829179-143 P.04/08

Plaintiff PML North America, LLC and Defendants Hartford Underwriters Insurance Company, ACG Enterprises of NC, Inc., and RTP Insurance of Durham (collectively referred to as "Defendants"), through their undersigned counsel, stipulate and agree to the following:

(1) Plaintiff and Defendants, including any of their present and former agents, employees, representatives, and custodians of record, will not destroy, conceal, or alter any evidence which relates to the claims made in this case, including, but not limited to, hard copies, electronic files, word processing documents, spreadsheets, databases, calendars, telephone logs, contact information, Internet usage files, offline storage or information stored on removable media, information contained on laptops or other portable devices, network access information, phone logs, fax logs, electronic mail, fax cover sheets, and other electronic storage media.

(2) Plaintiff and Defendants will preserve all existing electronic copies of a document even if Plaintiff and Defendants also have in their possession or have already produced a paper copy of the document.

(3) Plaintiff and Defendants will preserve all equipment where electronic data may reside including, but not limited to, office and home computers, office and home fax machines, palm pilots, laptops, and cellular phones.

(4) By stipulating to the entry of the Preservation Order, Plaintiff and Defendants do not waive their right to assert the attorney work product and attorney-client privileges, and any other applicable privilege under the law.

_____
BUTZEL LONG
Michael G. Latiff (P51263)
Maureen T. Taylor (P63547)
Katherine Donohue Goudie (P62806)
Attorneys for Plaintiff

_____
Keith Bishop, Esq. (N.C. Bar No. 18918)
Attorney for Defendant ACG Enterprises of NC, Inc.

and

Mark A. Haywood, Esq. (P49366)
Co-Counsel for Defendant ACG Enterprises of NC, Inc.

2

_____  
DYKEMA GOSSETT PLLC  
Thomas J. Murray (P56331)  
Attorney for Defendant Hartford  
Underwriters Insurance Company  

Dated: 10/27/05

_____  
John Edward Gilchrist, pro se  
Defendant RTP Insurance of Durham, NC

3

OCT 21 2005 09:28 FR BUTZEL LONG         313 TO 919198829179-143 P.06/08

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

        Plaintiff,

v.

        Case No. 05-CV-70404-DT

        Hon. Robert H. Cleland

HARTFORD UNDERWRITERS
INSURANCE COMPANY, ACG
ENTERPRISES OF NC, INC. and
RTP INSURANCE OF DURHAM, NC,

        Defendants.

---

| BUTZEL LONG | DYKEMA GOSSETT PLLC |
|---|---|
| James J. Giszczak (P46917) | Thomas J. Murray (P56331) |
| Michael G. Latiff (P51263) | 39577 Woodward Avenue, Suite 300 |
| Katherine Donohue Goudie (P62806) | Bloomfield Hills, MI 48304-5086 |
| 150 West Jefferson, Suite 100 | (248) 203-0806 |
| Detroit, MI 48226-4450 | Attorney for Defendant Hartford |
| (313) 225-7000 | Underwriters Insurance Company |
| Attorneys for Plaintiff | |
| | |
| Keith Bishop, Esq. (N.C. Bar No. 18918) | John Edward Gilchrist, pro se |
| Madison Center, Suite 105 | 3325 Chapel Hill Blvd., Suite 145 |
| 1802 Martin Luther King, Jr. Parkway | Durham, NC 27707 |
| Durham, North Carolina 27707 | (919) 401-6556 |
| (919) 490-1855 | Defendant RTP Insurance of Durham, NC |
| Attorney for Defendant ACG Enterprises of NC, Inc. | |
| | |
| Mark A. Haywood, Esq. (P49366) | |
| 1274 Library St., Suite 303 | |
| Detroit, MI 48226 | |
| (313) 967-9322 | |
| Co-counsel for Defendant ACG Enterprises of NC, Inc. | |

**PRESERVATION ORDER**

At a session of said Court held in the United States District Court, Eastern District of Michigan, in the City of Detroit, Michigan on _____.

PRESENT: **HONORABLE ROBERT H. CLELAND**
United States District Court Judge

The Court having reviewed the stipulation of the parties, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that Plaintiff PML North America, LLC and Defendants Hartford Underwriters Insurance Company, ACG Enterprises of NC, Inc., and RTP Insurance of Durham, NC (collectively referred to as "Defendants"), including any of their present and former agents, employees, representatives, and custodians of record, not destroy, conceal, or alter any evidence which relates to the claims made in this case, including, but not limited to, hard copies, electronic files, word processing documents, spreadsheets, databases, calendars, telephone logs, contact information, Internet usage files, offline storage or information stored on removable media, information contained on laptops or other portable devices, network access information, phone logs, fax logs, electronic mail, fax cover sheets, and other electronic storage media.

IT IS FURTHER ORDERED that Plaintiff and Defendants preserve all existing electronic copies of a document even if Plaintiff and Defendants also have in their possession or have already produced a paper copy of the document.

IT IS FURTHER ORDERED that Plaintiff and Defendants preserve all equipment where electronic data may reside including, but not limited to, office and home computers, office and home fax machines, palm pilots, laptops, and cellular phones.

IT IS FURTHER ORDERED that by stipulating to the entry of this Preservation Order, Plaintiff and Defendants do not waive their right to assert the attorney work product and attorney-client privileges, and any other applicable privilege under the law.

IT IS SO ORDERED.


Dated: _____          _____
                                    United States District Court Judge

3