**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PML NORTH AMERICA, LLC,

    Plaintiff,

v.                                      Case No. 05-CV-70404-DT

HARTFORD UNDERWRITERS INSURANCE
COMPANY et al.,

    Defendants.
                                                   /

**AMENDED ORDER GRANTING ACG'S "MOTION TO AMEND" AND
STRIKING ACG'S JULY 14, 2005 "CERTIFICATE OF SERVICE"[1]**

Pending before the court is a "Motion to Amend Exhibits . . .," filed by Defendant ACG Enterprises of NC Inc. ("ACG") on August 2, 2005. No opposition briefs have been filed, and the court concludes that a hearing on the motion is unnecessary. *See* E.D. Mich. LR 7.1(e)(2). In its motion, ACG requests that the court strike two pages which were inadvertently attached to ACG's July 14, 2005 "Certificate of Service" [Dkt # 25].[2] ACG represents that the documents contain privileged information unrelated to any issue before the court.

---

[1] On November 13, 2005, the court entered an "Order Granting ACG's 'Motion to Amend' and Striking RTP's July 14, 2005 'Certificate of Service.'" In the order, the court periodically erroneously referred to the movant, Defendant ACG Enterprises of NC Inc., as Defendant RTP Insurance of Durham. While this inadvertent mistake does not affect the ultimate disposition of the order, the court will amend the November 13, 2005 order.

[2] In its motion, ACG indicates that the documents were filed on July 15, 2005, but a review of the docket reveals that ACG did not file anything on July 15, 2005. Instead, the two documents in question are attached to ACG's "Certificate of Service" [Dkt #25], which was filed on July 14 and entered on the docket on July 15.

Having reviewed ACG's motion, the court is persuaded that the relief requested is reasonable. The court will therefore order that the clerk of the court strike and remove the noted documents. The court notes, however, that ACG's July 14, 2005 filing is over eighty pages long. Rather than have the court clerk search through the filing to find the particular documents, the court will instead order the entire docket entry stricken and removed. ACG may then refile the document, omitting the privileged documents.

Accordingly, IT IS ORDERED that Defendant ACG's August 2, 2005 "Motion to Amend Exhibits . . ." is GRANTED, and ACG's July 14, 2005 "Certificate of Service" [Dkt. #25] is hereby STRICKEN from the docket of this court.

The clerk of the court is DIRECTED to remove docket number 25 from the docket of this case and destroy any and all copies of it.

IT IS FURTHER ORDERED that ACG shall file its "Amended Certificate of Service," with the two documents removed, by **November 22, 2005.**

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 18, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 18, 2005, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522