ACG Enterprises of NC, Inc

# ACG Enterprises of NC, Inc
*"One Source Solutions"*

3201 Yorktown Avenue
Suite 207
Durham, NC 27713
Phone 919.806.8383 Fax 919.806.8381

INVOICE
INVOICE # ACG010800
DATE: January 18, 2006

**Bill To:**
Michael Peterson
C/O PML North America
49206 Van Dyke Avenue
Shelby Township, MI 48317
[Phone]

**Ship To:**
Same

| Previous Balance | Current Charges | Adjustments | Payments | Total Amount Due |
|---|---|---|---|---|
|  |  |  |  |  |

Comments or special instructions: Due Upon Receipt

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 01 | Legal Expense for Rudolf Iglarcik W/C case | 2800.00 | 2800.00 |

Subtotal
Discounts
Applicable Taxes
TOTAL DUE   2800.00

Make all checks payable to: **"ACG Enterprises of NC, Inc."**
If you have any questions concerning this invoice, contact Carlos Brown, 919.806.8383 or cbrown@acgpersonnel.com

ACG Form 34 – Jul 2004

**THANK YOU FOR YOUR BUSINESS!**

000224