**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PML NORTH AMERICA, LLC,

       Plaintiff,

v.

HARTFORD UNDERWRITERS
INSURANCE COMPANY, ACG
ENTERPRISES OF NC, INC. and
RTP INSURANCE OF DURHAM, NC,

       Defendants.

Case No. 05-CV-70404-DT

Hon. Robert H. Cleland

| | |
|---|---|
| BUTZEL LONG<br>James J. Giszczak (P46917)<br>Michael G. Latiff (P51263)<br>Katherine Donohue Goudie (P62806)<br>150 West Jefferson, Suite 100<br>Detroit, MI  48226-4450<br>(313) 225-7000<br>Attorneys for Plaintiff | DYKEMA GOSSETT PLLC<br>Thomas J. Murray (P56331)<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI  48304-5086<br>(248) 203-0806<br>Attorney for Defendant Hartford<br>Underwriters Insurance Company |
| Keith Bishop, Esq. (N.C. Bar No. 18918)<br>Madison Center, Suite 105<br>1802 Martin Luther king, Jr. Parkway<br>Durham, North Carolina  27707<br>(919) 490-1855<br>Attorney for Defendant ACG Enterprises of NC, Inc. | John Edward Gilchrist, pro se<br>3325 Chapel Hill Blvd., Suite 145<br>Durham, NC  27707<br>(919) 401-6556<br>Defendant RTP Insurance of Durham, NC |
| Mark A. Haywood, Esq. (P49366)<br>1274 Library St., Suite 303<br>Detroit, MI  48226<br>(313) 967-9322<br>Co-counsel for Defendant ACG<br>Enterprises of NC, Inc. | |

**PRESERVATION ORDER**
At a session of said Court held in the United States
District Court, Eastern District of Michigan, in the City
of Detroit, Michigan on
_____12/14/05_____.

PRESENT:  **HONORABLE ROBERT H. CLELAND**
United States District Court Judge

The Court having reviewed the stipulation of the parties, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that Plaintiff PML North America, LLC and Defendants Hartford Underwriters Insurance Company, ACG Enterprises of NC, Inc., and RTP Insurance of Durham, NC (collectively referred to as "Defendants"), including any of their present and former agents, employees, representatives, and custodians of record, not destroy, conceal, or alter any evidence which relates to the claims made in this case, including, but not limited to, hard copies, electronic files, word processing documents, spreadsheets, databases, calendars, telephone logs, contact information, Internet usage files, offline storage or information stored on removable media, information contained on laptops or other portable devices, network access information, phone logs, fax logs, electronic mail, fax cover sheets, and other electronic storage media.  All evidence is to be preserved in its native format as kept in the regular course of business, including all types of metadata.

IT IS FURTHER ORDERED that Plaintiff and Defendants preserve all existing electronic copies of a document even if Plaintiff and Defendants also have in their possession or have already produced a paper copy of the document.

IT IS FURTHER ORDERED that Plaintiff and Defendants preserve all equipment where electronic data may reside including, but not limited to, office and home computers, office and home fax machines, palm pilots, laptops, and cellular phones.

IT IS FURTHER ORDERED that by stipulating to the entry of this Preservation Order, Plaintiff and Defendants do not waive their right to assert the attorney work product and attorney-client privileges, and any other applicable privilege under the law.

IT IS SO ORDERED.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2005


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 14, 2005, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522