UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

        Plaintiff,

v.

        Case No. 05-CV-70404-DT

        Hon. Robert H. Cleland

HARTFORD UNDERWRITERS INSURANCE
COMPANY, ACG ENTERPRISES OF NC, INC.,
and JOHN E. GILCHRIST d/b/a RTP INSURANCE
& FINANCIAL ASSOCIATES OF DURHAM, NC,

        Defendants.

---

| | |
|---|---|
| BUTZEL LONG<br>James J. Giszczak (P46917)<br>Michael G. Latiff (P51263)<br>Katherine Donohue Goudie (P62806)<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226-4450<br>(313) 225-7000<br>Attorneys for Plaintiff | Keith Bishop, Esq. (N.C. Bar No. 18918)<br>Madison Center, Suite 105<br>1802 Martin Luther king, Jr. Parkway<br>Durham, North Carolina 27707<br>(919) 490-1855<br>Attorney for Defendant ACG Enterprises of NC, Inc. |
| John Edward Gilchrist, pro se<br>3325 Chapel Hill Blvd., Suite 145<br>Durham, NC 27707<br>(919) 401-6556<br>Defendant RTP Insurance of Durham, NC | Mark A. Haywood, Esq. (P49366)<br>1274 Library St., Suite 303<br>Detroit, MI 48226<br>(313) 967-9322<br>Co-counsel for Defendant ACG Enterprises of NC, Inc. |

---

**STIPULATION TO AMEND CAPTION OF CASE**

Pursuant to this Court's Order Denying Defendant ACG's Motion to Dismiss and Denying Defendant RTP Insurance's Motion to Dismiss, which was entered on February 13, 2006, Plaintiff PML North America, LLC and Defendants ACG Enterprises of NC, Inc. and RTP Insurance of Durham, through their undersigned counsel, have conferred and stipulate to amend the caption of this case and the pleadings to correctly reflect the proper name of Defendant RTP as:

"John E. Gilchrist d/b/a RTP Insurance & Financial Associates of Durham, NC."

/s/ Katherine Donohue Goudie
BUTZEL LONG
Michael G. Latiff (P51263)
Maureen T. Taylor (P63547)
Katherine Donohue Goudie (P62806)
Attorneys for Plaintiff

/s/ Keith Bishop (w/ permission via e-mail 3/13/06)
Keith Bishop, Esq. (N.C. Bar No. 18918)
Attorney for Defendant ACG Enterprises of NC, Inc.

and

Mark A. Haywood, Esq. (P49366)
Co-Counsel for Defendant ACG Enterprises of NC, Inc.

/s/ John E. Gilchrist (w/ permission via e-mail
John Edward Gilchrist, pro se     3/10/06)
Defendant RTP Insurance of Durham, NC

Dated: March 13, 2006

/825670/