UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

       Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE
COMPANY, ACG ENTERPRISES OF NC, INC.,
and JOHN E. GILCHRIST d/b/a RTP INSURANCE
& FINANCIAL ASSOCIATES OF DURHAM, NC,

       Defendants.

Case No. 05-CV-70404-DT

Hon. Robert H. Cleland

| | |
|---|---|
| BUTZEL LONG<br>James J. Giszczak (P46917)<br>Michael G. Latiff (P51263)<br>Katherine Donohue Goudie (P62806)<br>150 West Jefferson, Suite 100<br>Detroit, MI  48226-4450<br>(313) 225-7000<br>Attorneys for Plaintiff | Keith Bishop, Esq. (N.C. Bar No. 18918)<br>Madison Center, Suite 105<br>1802 Martin Luther king, Jr. Parkway<br>Durham, North Carolina  27707<br>(919) 490-1855<br>Attorney for Defendant ACG Enterprises of NC, Inc. |
| John Edward Gilchrist, pro se<br>3325 Chapel Hill Blvd., Suite 145<br>Durham, NC  27707<br>(919) 401-6556<br>Defendant RTP Insurance of Durham, NC | Mark A. Haywood, Esq. (P49366)<br>1274 Library St., Suite 303<br>Detroit, MI  48226<br>(313) 967-9322<br>Co-counsel for Defendant ACG Enterprises of NC, Inc. |

**ORDER AMENDING CAPTION OF CASE**

1

At a session of said Court held in the United States District Court, Eastern District of Michigan, in the City of Detroit, Michigan on _____March 16, 2006_____.

PRESENT:   **HONORABLE ROBERT H. CLELAND**
United States District Court Judge

The Court having reviewed the stipulation of the parties, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the caption of this case and the pleadings are amended to correctly reflect the proper name of Defendant RTP Insurance as:

"John E. Gilchrist d/b/a RTP Insurance & Financial Associates of Durham, NC."

IT IS SO ORDERED.


Dated:  March 16, 2006               _____s/Robert H. Cleland_____
United States District Court Judge