UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PML NORTH AMERICA, LLC,

    Plaintiff,

v.                             Case No. 05-CV-70404-DT

HARTFORD UNDERWRITERS INSURANCE
COMPANY, ACG ENTERPRISES OF NC, INC.,
and JOHN E. GILCHRIST d/b/a RTP
INSURANCE & FINANCIAL ASSOCIATES OF
DURHAM, NC,

    Defendants.
                                         /

**ORDER MODIFYING AWARD OF PLAINTIFF'S ATTORNEY FEES AND COSTS**

On March 28, 2007, the court entered an order requiring Defendant ACG Enterprises of NC, Inc. ("ACG") to pay Plaintiff PML North America, LLC ("PML") $134,373 in attorneys' fees and costs, pursuant to the court's previous determination that ACG is in default. The court conducted a status conference on April 10, 2007 to discuss how the case should proceed to determination of damages. The court learned that ACG has yet to satisfy the court-ordered payment. Accordingly,

IT IS ORDERED that ACG satisfy the March 28, 2007 order no later than **April 24, 2007.** If ACG fails to meet this deadline, then ACG is DIRECTED to submit a sworn affidavit with a verified account of its financial condition no later than **April 27, 2007**. The affiant(s) shall have substantial understanding of ACG's finances that goes beyond mere review of selected financial documents. PML may, at its option, depose the affiant(s) at a location near the place of business of the affiant(s) no later than **May 11,**

**2007.**  PML's inquiry shall be limited to matters reasonably related to the financial condition of ACG.

IT IS FURTHER ORDERED that the court will conduct a telephone status conference on **Tuesday, May 15, 2007 at 3:30 p.m.**  The court will initiate the call.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  April 11, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 11, 2007, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522