**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PML NORTH AMERICA, LLC,

    Plaintiff,

v.                                        Case No. 05-CV-70404-DT

HARTFORD UNDERWRITERS INSURANCE
COMPANY, ACG ENTERPRISES OF NC, INC.,
and JOHN E. GILCHRIST d/b/a RTP
INSURANCE & FINANCIAL ASSOCIATES OF
DURHAM, NC,

    Defendants.
                                          /

**ORDER EXTENDING DEADLINE TO COMPLY WITH ORDER
MODIFYING AWARD OF PLAINTIFF'S ATTORNEY FEES AND COSTS**

On March 28, 2007, the court entered an order requiring Defendant ACG Enterprises of NC, Inc. ("ACG") to pay Plaintiff PML North America, LLC ("PML") $134,373 in attorneys' fees and costs, pursuant to the court's previous determination that ACG is in default. The court conducted a status conference on April 10, 2007 to discuss how the case should proceed to determination of damages. The court learned that ACG has yet to satisfy the court-ordered payment. The court issued an order setting steps and deadlines for ACG to comply with the court's determination of default. During a telephone conference on May 15, 2007, ACG's counsel informed the court of computer system failures that have caused it to not comply with the court's requirements. PML agreed to an extension of time for ACG. Accordingly,

IT IS ORDERED that the deadline for ACG to satisfy the March 28, 2007 order (that is, to pay the $134,373 in attorneys' fees and costs) is EXTENDED until **May 29, 2007.** If ACG fails to meet this deadline, then ACG is DIRECTED to submit a sworn affidavit with a verified account of its financial condition no later than **June 1, 2007**. The affiant shall have substantial understanding of ACG's finances that goes beyond mere review of selected financial documents. PML may, at its option, depose the affiant at a location near the place of business of the affiant no later than **June 15, 2007.** PML's inquiry shall be limited to matters reasonably related to the financial condition of ACG.

IT IS FURTHER ORDERED that the court will conduct a telephone conference on **Tuesday, June 21, 2007 at 10:00 a.m.** The court will initiate the call.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 16, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 16, 2007, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522