**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PML NORTH AMERICA, LLC,

    Plaintiff,

v.                                              Case No. 05-CV-70404-DT

ACG ENTERPRISES OF NC, INC. and
CARLOS BROWN,

    Defendants.
                                                    /

**AMENDED ORDER OF DEFAULT**

Pursuant to the court's "Opinion and Order Granting in Part and Denying in Part Plaintiff's 'Motion for Judgment by Default and Summary Judgment Against Defendant Carlos Brown,'" IT IS ORDERED that, with respect to liability, Defendants ACG Enterprises of NC, Inc. and Carlos Brown are adjudged to be in DEFAULT. Further proceedings will determine the amount of damages.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: November 29, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 29, 2007, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522