**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PML NORTH AMERICA, LLC,

    Plaintiff,

v.                                      Case No. 05-CV-70404-

ACG ENTERPRISES OF NC, INC. and
CARLOS BROWN,

    Defendants.
                                          /

## AMENDED JUDGMENT

       Pursuant to the court's "Opinion and Order Granting in Part and Denying in Part Plaintiff's 'Motion for Judgment by Default and Summary Judgment Against Defendant Carlos Brown,'" IT IS ORDERED that judgment is AWARDED for Plaintiff PML North America, LLC against Defendants ACG Enterprises of NC, Inc. and Carlos Brown for Counts III and IV of the Second Amended Complaint. Further proceedings will determine the amount of damages, which will be awarded in a final judgment.

                                                       S/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: November 29, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 29, 2007, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522

2

S:\Cleland\JUDGE'S DESK\C2 ORDERS\05-70404.PML.AmendedJudgment.wpd